**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 298 MAL 2017
      :
      Respondent  :
      :  Petition for Allowance of Appeal from
      :  the Order of the Superior Court
      v.  :
      :
      :
MICHAEL BARONI,  :
      :
      Petitioner  :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.